UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN SELTZER,<br><br>            Plaintiff,<br><br>  v.<br><br>MCHAEL LIEDER, et al.,<br><br>            Defendants. | Civil Action No. 1:22-cv-329 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motions to dismiss, ECF 12; ECF 14, are **GRANTED**, and Plaintiff's motion to amend, ECF 33, is **DENIED**. This case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

                                                                                   _____
                                                                                   JIA M. COBB
                                                                                   United States District Judge

Date: April 9, 2024